BOBBIE R. BAILEY, SBN: 159663
bbailey@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
660 South Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone: (213) 234-1750
Facsimile:  (213) 234-1747

Attorneys for Defendant
**BASF CORPORATION**.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PLATINUM COLLISION CENTERS INC and TOM GREGG, | Case No. 5:18-cv-01614-MWF-KK<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

The Stipulation of Dismissal ("Stipulation") in the above-captioned matter came before the Court on January 7, 2020.  Having read and considered the Stipulation, the Court hereby GRANTS the Stipulation.

///

**IT IS HEREBY ORDERED** that Case No. 5:18-cv-01614-MWF-KK shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

DATED: January 7, 2020

_____
Hon. Michael W. Fitzgerald
United States District Court Judge

2

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**
**BASF v. Platinum Collision Centers Inc., et al.**
Case No. 5:18-cv-01614-MWF-KK